IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Homer Lee Richardson, :
:
    Plaintiff(s), :
: Case Number: 1:12cv664
vs. :
: Chief Judge Susan J. Dlott
Viking Collection Service, Inc., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 26, 2013 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 12, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.


    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court