IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Homer Lee Richardson,

       Plaintiff(s),

   vs.

Viking Collection Service, Inc.,

       Defendant(s).

Case Number: 1:12cv664

Chief Judge Susan J. Dlott

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  This case is hereby **TERMINATED** from the docket.

4/17/13

JOHN HEHMAN, CLERK

 S/William Miller
Deputy Clerk