IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Homer Lee Richardson, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:12cv664 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Viking Collection Service, Inc., | : | |
| | : | |
| Defendant(s). | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .  this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  This case is hereby **TERMINATED** from the docket.

4/17/13                                                                                      JOHN HEHMAN, CLERK


                                                                                                  S/William Miller
                                                                                                  Deputy Clerk